WINSTON & STRAWN LLP
NEAL R. MARDER (*Admitted pro hac vice*)
ROLF S. WOOLNER (*Admitted pro hac vice*)
DAVID L. WILSON III (*Admitted pro hac vice*)
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750
nmarder@winston.com
rwoolner@winston.com
dlwilson@winston.com

GOODSILL ANDERSON QUINN & STIFEL LLP
WALTER C. DAVISON         4909-0
Email: wdavison@goodsill.com
JESSICA M. MICKELSEN      8944-0
Email: jmickelsen@goodsill.com
1099 Alakea Street, Suite 1800
Honolulu, HI 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
W2007 WKH HOLDINGS, LLC
F/K/A W2007 WAIKIKI HOLDINGS, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

543717v2

| | |
|---|---|
| In re<br><br>AZABU BUILDING COMPANY, LTD., a.k.a. AZABU TATEMONO, K.K.,<br><br>Debtor. | Bankruptcy Case No. 05-50011<br><br>(Chapter 11) |
| AZABU LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, a Delaware corporation; and W2007 WKH HOLDINGS, LLC f/k/a W2007 WAIKIKI HOLDINGS, LLC, A Delaware limited liability company,<br><br>Defendants. | Adv. Pro. No. 10-90087<br><br>**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING** |
| W2007 WKH HOLDINGS, LLC f/k/a W2007 WAIKIKI HOLDINGS, LLC,<br>Counter-Claimant<br><br>v.<br><br>AZABU LIQUIDATING TRUST,<br>Counter-Defendant | |

543717v2

U.S. Bankruptcy Court - Hawaii   #10-90087   Dkt # 19   Filed  09/28/10   Page 2 of 6

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING; ORDER THEREON

Plaintiff the Azabu Liquidating Trust (the "Trust"), by and through its duly authorized and acting liquidating trustee, and defendants Hyatt Corporation ("Hyatt") and W2007 WKH Holdings, LLC ("WKH Holdings" and, together with Hyatt and the Trust, the "Parties") hereby stipulate and agree as follows:

### RECITALS

A. On June 4, 2010, the Trust commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing a complaint asserting claims against Hyatt and WKH Holdings (the "Complaint").

B. On August 6, 2010, WKH Holdings filed counterclaims (the "Counterclaims") against the Trust, together with a timely answer to the Complaint. Hyatt also filed a timely answer to the Complaint.

C. On September 14, 2010, the Parties executed that certain "Settlement Agreement" (the "Settlement Agreement") which, among other things, resolves the claims asserted in the Complaint and Counterclaims and requires the dismissal of this Adversary Proceeding (including both the Complaint and Counterclaims), with prejudice, upon the occurrence of certain conditions precedent.

-3-

543717v2

U.S. Bankruptcy Court - Hawaii #10-90087 Dkt # 19 Filed 09/28/10 Page 3 of 6

D. Pursuant to the Settlement Agreement, the conditions precedent to the dismissal, with prejudice, of this Adversary Proceeding have occurred.

In light of the foregoing and subject to the approval of this Court, the parties hereby **STIPULATE AND AGREE** as follows:

1. The Adversary Proceeding is dismissed with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

[*Remainder of page intentionally left blank*]

543717v2

U.S. Bankruptcy Court - Hawaii   #10-90087   Dkt # 19   Filed 09/28/10   Page 4 of 6

**STIPULATED AND AGREED TO** by the undersigned parties this 24th day of September, 2010.

Dated: Honolulu, Hawaii,
September 24, 2010

/s/ _____

JEFFREY C. KRAUSE, and
H. ALEXANDER FISCH
Stutman, Treister & Glatt
Professional Corporation
Counsel to Plaintiff the Azabu Liquidating Trust

Dated: Honolulu, Hawaii,
September 24, 2010

/s/ _____

Neal R. Marder,
ROLF S. WOOLNER, and
DAVID L. WILSON III
Winston & Strawn LLP
Counsel to Defendant and Counterclaimant W2007 WKH Holdings, LLC

and

WALTER C. DAVISON, and
JESSICA M. MICKELSEN
Goodsill Anderson Quinn & Stifel LLP
Counsel to Defendant and Counterclaimant W2007 WKH Holdings, LLC

Dated: Honolulu, Hawaii,
September 24, 2010

/s/ *[signature]*

TOM E. ROESSER, and
MICHAEL M. PURPURA
Carlsmith Ball LLP
Counsel to Defendant Hyatt Corporation

IT IS HEREBY ORDERED effective as of September __, 2010.

DATED: _____

_____
HONORABLE ROBERT J. FARIS
UNITED STATES BANKRUPTCY JUDGE

543717v2
C:\Documents and Settings\ter\Local Settings\Temporary Internet Files\OLK1\543717_2(Azabu_Hyatt-Whitehall - Stipulated Dismissal - STG1).DOC

U.S. Bankruptcy Court - Hawaii   #10-90087   Dkt # 19   Filed 09/28/10   Page 6 of 6